IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| ANTHONY FOX | Violations:  18 U.S.C. §§  113(a)(8) and 1153 |

**Assault of an Intimate Partner by Strangulation or Suffocation**

The Grand Jury Charges:

On or about April 26, 2022, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

ANTHONY FOX,

an Indian, did assault J.L., an Indian, who was an intimate partner and dating partner, by strangling and attempting to strangle J.L.;

In violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
United States Attorney

DMD/vt