IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:22-cr-120 |
| Anthony Fox, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Anthony Fox moves for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Part A of Amendment 821 to the United States Sentencing Guidelines. Doc. 42. The United States does not oppose the motion. Doc. 44. Fox is eligible for a sentence reduction under § 3582(c)(2) and the retroactive application of Part A of Amendment 821 to the Sentencing Guidelines, and the sentencing factors in 18 U.S.C. § 3553(a) do not weigh against a reduction. So, Fox's motion (Doc. 42) is **GRANTED**. His sentence is reduced to 40 months imprisonment.

**IT IS SO ORDERED**.

Dated this 8th day of April, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court